The People of the State of New York ex rel. James M. O'Donnell, Appellant, *v.* George B. McClellan et al., Constituting the Board of Estimate and Apportionment of the City of New York, et al., Respondents.

*People ex rel. O'Donnell v. McClellan,* 119 App. Div. 868, affirmed.
(Argued October 7, 1907; decided October 22, 1907.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1907, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the appointment of the relator as a court attendant in the Magistrate's Court in the city of New York.

*Thornton J. Theall* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., O'Brien, Edward T. Bartlett, Haight, Vann, Hiscock and Chase, JJ.

---

In the Matter of the Application of Max Blatt, Appellant, for a Peremptory Writ of Mandamus against William F. Baker et al., Constituting the Civil Service Commission of the City of New York, Respondents.

*Matter of Blatt v. Baker,* 119 App. Div. 886, affirmed.
(Argued October 7, 1907; decided October 22, 1907.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 10, 1907, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendants to certify to a payoll containing petitioner's name.